IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02602-KLM

MICHELE G. PADILLA,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Kristen L. Mix on September 15, 2015 , incorporated herein by reference, it is

ORDERED that the decision of the Commissioner that Plaintiff is not disabled is REVERSED and this matter is REMANDED for further proceedings consistent with this opinion.  It is

FURTHER ORDERED that Plaintiff is AWARDED her costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1), D.C.COLO.LCivR 54.1 and 28 U.S.C. § 2412(a)(1).  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff Michele G. Padilla and against Defendant Carolyn W. Colvin, Acting Commissioner of Social Security.

DATED at Denver, Colorado this 15<u>th</u> day of September 15 , 2015.

                                        FOR THE COURT:

                                      JEFFREY P. COLWELL, CLERK

                                      s/M. Ortiz
                                      M. Ortiz, Deputy Clerk